

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-188-LDG-GWF |
| Plaintiff, | ) | |
| vs. | ) | |
| BRIAN THANG NGO | ) | |
| Defendant. | ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#103) on July 16, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| BANK OF AMERICA | 15,633.92 |
| PARSONS FEDERAL CREDIT UNION | 7,333.94 |
| CAPITAL ONE | 3,648.98 |
| MBNA AMERICA | 6,267.96 |
| FDS NATIONAL BANK | 1,049.99 |
| FIRST BANKCARD CENTER | 111.99 |
| CITIGROUP INVESTIGATIVE SERVICES | 2,103.98 |
| JP MORGAN CHASE | 2,083.99 |

**Total Amount of Restitution ordered:** $38,234.75

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE